UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SANDY GRACIANO,

                    Plaintiff,

         -against-

HIBBETT SPORTS, INC., et al.,

                    Defendants.
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2020

20-CV-7423 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on September 10, 2020 (Doc. 1), and filed an affidavit of service on Defendant Hibbett Sporting Goods, Inc., on November 17, 2020, (Doc. 7). The deadline for Defendant to respond to Plaintiff's complaint was December 3, 2020. (*See id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 21, 2020. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 7, 2020
             New York, New York

                                                                            Vernon S. Broderick
                                                                         United States District Judge